# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NICHOLAS GIAMBRONE

VERSUS

NATIONAL UNION FIRE
INSURANCE COMPANY

NO.  2022 CW 0708

**SEPTEMBER 12, 2022**

---

In Re:    Stephanie Findley and National Union Fire Insurance
Company of Pittsburgh, PA, applying for supervisory
writs, 21st Judicial District Court, Parish of
Tangipahoa, No. 2021-0001992.

---

**BEFORE:    WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

*a.Sw*

DEPUTY CLERK OF COURT
FOR THE COURT